UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AARON BENBOW

     v.                                                                                                                  CA 13-334 ML

WARDEN WEEDEN, LT. ALVES,
C/O GRANDPRE, and
DIRECTOR WALL

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Sullivan on July 10, 2013.  I have reviewed the Report and Recommendation and adopt the recommendation that Plaintiff file an Amended Complaint.  If Plaintiff wishes to press his claims, he shall, on or before August 26, 2013, file an Amended Complaint that cures the deficiencies noted by the Magistrate Judge in the July 10, 2013 Report and Recommendation.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 5, 2013